IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                   ORDER

               Plaintiff,

                           06-CR-221-C

      v.

JAMES V. FRAZIER,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant James Frazier has written to the court to ask for a copy of the transcripts from his trial. He states that he would like to review them before his sentencing. If defendant appeals from his conviction and sentence, he is entitled to have a transcript prepared without cost for his use on appeal. However, I am aware of no authorization for ordering a transcript to be used simply for review at sentencing.

If defendant believes that there are specific things that occurred during his trial or at pretrial hearings that he needs to have in order to represent himself at sentencing, he may

1

renew his request for a copy of the transcript.  Until that happens, his request for a transcript

at government expense is denied.

Entered this 11th day of October, 2007.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2