IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                      ORDER

                 Plaintiff,

                                                 06-cr-00221-bbc

     v.

JAMES V. FRAZIER,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant has written to the court requesting a transcript of the hearing on the motion to suppress held July 20, 2007, the final pretrial conference held July 31, 2007 and the closing arguments of the trial in this case held August 6 and August 7, 2007.

      IT IS ORDERED that defendant's request is GRANTED. The court reporter shall prepare said transcripts with the cost of the transcripts being paid by the United States pursuant to 28 U.S.C. § 753(f).

      Entered this 5th day of December, 2007.

                                                   BY THE COURT:
                                                 /s/
                                                 BARBARA B. CRABB
                                                 District Judge