IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                       ORDER

            Plaintiff,

                                                     06-cr-00221-bbc

    v.

JAMES V. FRAZIER,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant has written to the court requesting a transcript of the ex parte motion hearing held on May 30, 2007.

      IT IS ORDERED that defendant's request is GRANTED. The court reporter shall prepare said transcript with the cost of the transcript being paid by the United States pursuant to 28 U.S.C. § 753(f).

      Entered this 6th day of December, 2007.

                                              BY THE COURT:
                                             /s/
                                             BARBARA B. CRABB
                                             District Judge