IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | ORDER |
| Plaintiff, | |
| | 06-cr-221-bbc |
| v. | |
| JAMES FRAZIER, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant James Frazier has written to the court to ask for a period of two weeks' leave between the time he is released from the Wisconsin State Prison System and transferred to the Bureau of Prisons. In light of defendant's extensive criminal history, his history of drug abuse and the 360-month sentence of imprisonment that he is facing, his request for a furlough to spend time with his wife and children is DENIED.

Entered this 5th day of March, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1